# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:15-cr-00011-JCM-CWH |
| vs. | **ORDER** |
| JEROME MICHAEL BELL, et al., | |
| Defendants. | |

    This matter is before the Court on Defendant Jerome Michael Bell's Motion for Joinder (#26), filed May 4, 2015. Defendant Bell seeks to join the motion for severance (#25), filed by Defendant Walker on May 1, 2015. After review, the court finds good cause for the request. Accordingly,

    **IT IS HEREBY ORDERED** that the Motion for Joinder (#26) is **granted**.

    DATED: May 19, 2015.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**