___ FILED     ___ RECEIVED
___ ENTERED   ___ SERVED ON
           COUNSEL/PARTIES OF RECORD

SEP 15 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:15-cr-00011-JCM-CWH |
| Plaintiffs, ) | |
| ) | **ORDER TEMPORARILY UNSEALING** |
| vs. ) | **TRANSCRIPT** |
| JEROME M. BELL, ) | |
| Defendant. ) | |

On September 2, 2016, Katherine Eismann, Official Court Reporter, received a Transcript Order from Russell E. Marsh, counsel for defendant, requesting a transcript of the sealed hearings 8/7/15, 9/3/15, 10/16/15, and 12/10/15 in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearings shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Russell E. Marsh.

**IT IS FURTHER ORDERED** that the sealed hearings shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcripts to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this 15th day of September 2016.

_____
JAMES C. MAHAN
U.S. District Court Judge