UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>JEROME MICHAEL BELL and<br>DESHAWN WALKER,<br><br>　　　　　　　　　　　Defendant(s). | Case No. 2:15-CR-11 JCM (CWH)<br><br>ORDER |

Presently before the court is *pro se* petitioner Jerome Michael Bell's motion to file a supplemental brief under 28 U.S.C. § 2255 or 28 U.S.C. § 2241 in light of *United States v. Davis*, 139 S. Ct. 2319 (2019). (ECF No. 206). The government does not oppose petitioner's request to file his brief but previews its argument on why relief under *Davis* is unnecessary. (ECF No. 207).

　　　This court grants petitioner's motion. Furthermore, in accordance with General Order 2019-06, this court appoints counsel to defendant: "In the interests of justice and the efficient administration of both the Court's docket and public resources, . . . the Office of the Federal Public Defender for the District of Nevada ('FPD') is hereby presumptively appointed to represent any defendant . . . who is now entitled to appointment of counsel [] to determine whether that defendant may qualify for relief under 28 U.S.C. § 2255 or 28 U.S.C. § 2241 in light of *Rehaif* or *Davis*, and to present any petitions, motions or applications relating thereto to the Court for adjudication that the FPD deems appropriate under only *Rehaif* or *Davis*." D. Nev. General Order 2019-06.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that petitioner's motion to file a supplemental brief under 28 U.S.C. § 2255 or 28 U.S.C. § 2241 (ECF No. 206) be, and the same hereby is, granted.

IT IS FURTHER ORDERED that the federal public defender is appointed as counsel to represent the defendant unless the federal public defender declines the appointment, on the basis of a conflict, and files a motion requesting the appointment of CJA counsel no later than fourteen (14) days from the date of this order.

DATED July 2, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -