# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-11 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| JEROME MICHAEL BELL and DESHAWN WALKER, | |
| Defendant(s). | |

Presently before the court is Assistant Federal Public Defender Cristen C. Thayer's ex parte motion to withdraw as attorney. (ECF No. 221).

Local Rule IA 11-6(e) provides that "[e]xcept for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case." LR IA 11-6(e). There is currently no discovery, trial, or hearing pending. Thus, Ms. Thayer's withdrawal will not delay the instant case from proceeding.

Ms. Thayer indicates good cause for her withdrawal. A prohibitive conflict prevents the existing counsel from accepting appointment for Mr. Bell's motion to vacate. (ECF No. 221).

Consequently, the court will grant Ms. Thayer's motion to withdraw as attorney.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Ms. Thayer's motion to withdraw as attorney (ECF No. 221) be, and the same hereby is, GRANTED.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that defendant Jerome Michael Bell shall be appointed counsel pursuant to the Criminal Justice Act to review his interests under General Order 2019-06 and, if applicable, pursue any appropriate petitions, motions, or applications relating thereto.

DATED July 17, 2020.

_____
UNITED STATES DISTRICT JUDGE