# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:15-CR-00011-JCM-CWH |
| Plaintiff, | |
| vs. | **ORDER** |
| JEROME MICHAEL BELL, | |
| Defendant. | |

Presently before the court is the matter of *United States of America v. Bell*, case no. 2:15-cr-00011-JCM-CWH.  On October 19, 2020, defendant Jerome Bell sent a letter to this court describing his conditions in prison.  (ECF No. 227).  Defendant's counsel is still yet to take any action.  It has been several months since defendant first moved for compassionate release.  (ECF No. 223).  This court appointed CJA counsel with the expectation that appropriate briefing and counseling occur.  (ECF No. 225, 226).  This court now orders such action from defendant's counsel.

Defendant's counsel shall review and supplement defendant's motion for compassionate release within 10 days of this order.

Thereafter, the United States of America shall have 10 days to respond.  Petitioner may then reply in 7 days.

. . .

. . .

. . .

. . .

. . .

Accordingly,

IT IS SO ORDERED.

DATED: November 20, 2020.

                                                JAMES C. MAHAN
                                                UNITED STATES DISTRICT JUDGE