JACQUELINE TIRINNANZI, ESQ.
Nevada Bar 13266
TIRINNANZI LAW PLLC
6675 S Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Telephone: (702) 323-9132
jackie@tirinnanzilaw.com

*Attorney for Jerome Michael Bell*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEROME MICHAEL BELL,<br><br>Defendant. | Case No. 2:15-cr-00011-JCM-CWH<br><br>**Stipulation and Order to Extend Deadline to Supplement Compassionate Release (Third Request)** |

IT IS HEREBY STIPULATED AND AGREED, by Jacqueline Tirinnanzi, counsel for Jerome Michael Bell, and Jim Fang, counsel for the United States of America, that the September 8, 2024 deadline (ECF No. 260) on which defendant must file his supplement in support of compassionate release be extended 21 days from the day of this filing, to on or before September 29, 2024.

This stipulation is entered into based upon the following reasons:

1. Counsel for Defendant was appointed to Mr. Bell to supplement his motion for compassionate release on December 28, 2023. (ECF No. 250).
2. According to Amended General Order 2020-06 In Re: Compassionate Release Requests Under the First Step Act, the FPD must file a supplement to the defendant's pro se motion within thirty days.
3. At the time of Ms. Tirinnanzi's appointment to supplement Mr. Bell's motion, he

1

was in custody on a writ at the Clark County Detention Center ("CCDC"). On February 2, 2024, when defense counsel was approved for communication and visitation with Mr. Bell at CCDC, she was made aware that Mr. Bell was no longer at the facility.

4. Due to Mr. Bell's transport from CCDC back to Beaumont USP, communication with Mr. Bell and defense counsel was delayed util February 23, 2024.

5. Initially Mr. Bell was unresponsive to follow up written attorney-client communication. An additional attempt was made, and according to USPS tracking services, on April 12, 2024, Beaumont USP rejected attorney mail sent to Mr. Bell. It is necessary for Mr. Bell to receive the mail for purposes of moving forward with his supplement to motion for compassionate release.

6. Defense counsel received a second call with Mr. Bell on May 13, 2024 (communication is challenging due to frequent lockdowns). Counsel was made aware that Mr. Bell did not receive his attorney mail and therefore Mr. Bell has not filled out documentation necessary for defense counsel to move forward with supplementation of his motion for compassionate release.

7. Counsel for Mr. Bell has made attempts to schedule follow-up phone calls with Mr. Bell. His Counselor, Bijou is out of office until August 17, 2024. Counsel is reliant on Counselor Bijou to facilitate telephonic communications with Mr. Bell.

8. Upon Counselor Bijou's return, a call with Mr. Bell was scheduled for August 30, 2024; however the call was cancelled. Counselor Bijou is on travel the week of September 1, 2024, and will return the week of September 8, 2024, which is when a call with the client will be facilitated.

9. Telephonic communication with the client who is detained, is required to complete Mr. Bell's supplement to motion for compassionate release. Obtaining communication with penitentiary inmates is difficult due to institutional security and

frequent lockdowns at Beaumont USP.

10. The parties agree to the extension of time for 21 days.

11. This is the third request for extension of time.

Dated this 5th day of September 2024.

                                                                             Respectfully Submitted,

*/s/ Jim Fang*_____                        */s/ Jacqueline Tirinnanzi*_____
JIM FANG, ESQ.                               JACQUELINE TIRINNANZI, ESQ.
Assistant United States Attorney         Counsel for Jerome Michael Bell

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00011-JCM-CWH |
| Plaintiff, | |
| vs. | **Order** |
| JEROME MICHAEL BELL, | |
| Defendant. | |

Based upon the stipulation of counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant's supplementation in support of compassionate release shall be due on or before September 29, 2024, the Government's response will be due 14 days from the date the supplement is filed, and Defendant's counsel will have seven days following submission of the response to file a reply.

DATED: September 6, 2024.

_____
THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE